NDFL Prob 35  
(1/92)

Order Terminating Probation/  
Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Docket No. 1:03CR53-001

SHERON WADE

On April 29, 2004 the above named was placed on Probation for a period of five (5) years. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Sheron Wade be discharged from Probation.

Respectfully submitted,

*[signature]*

Edward A. Emery  
Sr. U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 20TH day of September, 2007.

*[signature]*

Maurice M. Paul  
Senior United States District Judge

FILED 2007 SEP 20 PM 1:35  
OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA  
GAINESVILLE, FLA